IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
U.S. District Court
District of Kansas

MAY 2 6 2020

Clerk, U.S. District Court
By _____ Deputy Clerk

Terrell R Jones _____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )

vs.                                              )   Case Number  6:20-cv-01138-EFM-KGG

Sony Music Entertainment _____ )
Name                                             )
25 Madison Ave _____ )
Street and number                                )
New York      NY     10010 _____ )
City          State        ZipCode   )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

### CIVIL COMPLAINT

I.   Parties to this civil action:

   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

   A.   Name of plaintiff Terrell Jones _____

        Address 106 Inverness Dr, Wichita, KS, 67218 _____



1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

    B.    Defendant _____ is

           employed at _____

           _____

    C.    Additional Defendants _____

           _____

           _____

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1., B.2., or B.3., whichever is applicable.)

    A. (If Applicable) Diversity of citizenship and amount:

        1.    Plaintiff is a citizen of the State of _____.

        2.    The first-named defendant above is either

                a.  a citizen of the State of _____; or

                b.  a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

        3. The second-named defendant above is either

                a.  a citizen of the State of _____; or

                b.  a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.  (If applicable)  Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☒ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3.  Other grounds (specify and state any statute which gives rise to such grounds):

Invasion of Privacy #21-6101
Defamation of Character #21-4004

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Additional Pages attached.

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.)

3

additional Pages attached.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒   No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☒   No ☐

VII. Do you claim punitive monetary damages? Yes ☒   No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Amount Claimed - $5,000,000
the Action's stated have hurt me Emotionally, financially and damage to my Personal reputation. Also Cival right's law's are being broken.

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒  No ☐

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

~~Either~~ A Petition for a stalking/ restraining order has recently been Mailed to the Court.

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

☒ This cause, or a substantially equivalent complaint, was previously filed in this court as case number 6:20-cv-d097-EFM-KGG and assigned to the Honorable Judge Kenneth G Gale.

☐ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Terrell Jones
Signature of Plaintiff

Terrell R Jones
Name (Print or Type)

1106 Inverness Drive
Address

5

III - Statement of Claim / IV - Relief

Several Invasion of Privacy/Defamation of Character instances have come from the label/corporation while referencing me while multiple artist attached to the brand continue to use my personality & likeness to generate sales. Since then the company has seen a total of 1.16 bn in Revenue. (billion)

- Asking that a Judgement be made that a settlement of $5,000,000 be made & furthering of the dispute be stopped.

Wichita KS 67218
City            State        Zip Code

501-891-7618
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☒ Wichita, ☐ Kansas City, or ☐ Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

Terrell Jones
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

Terrell Jones
Signature of Plaintiff

Dated: 5-22-2020
(Rev. 10/15)

6

Terrell Jones
1106 Inverness Dr
Wichita, KS
67218



United States District Court

Clerk's office

401 North Market Street, Room 204

Wichita, Kansas  67202