# Motion to Dismiss

60-241

FILED
U.S. District Court
District of Kansas

MAY 28 2020

Clerk, U.S. District Court
By ⎯⎯⎯⎯ Deputy Clerk

Plaintiff Terrell Jones moves the court to dismiss any claims against the defendant Sony Music Entertainment if any filed.

Terrell Jones
1106 Inverness Dr
Wichita, KS
67218

United States District Court
Clerk's office Room 204
Wichita, Kansas
67202

WICHITA KS 670
26 MAY 2020 PM 1 L

67201-020404